UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BLASZYK,<br><br>    Plaintiff,<br>v.<br><br>PROGRESSIVE MANAGEMENT SYSTEMS, LLC,<br><br>    Defendant. | Civil No. 15-CV-1705-JAH (JLB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS CASE WITH PREJUDICE** |

On February 5, 2016, the parties jointly moved, through their respective counsel, to dismiss with prejudice the above-captioned action. Good cause appearing, IT IS HEREBY ORDERED that the parties' joint motion to dismiss this action with prejudice is GRANTED and the action is DISMISSED with prejudice in its entirety.

Dated: February 9, 2016

_____
JOHN A. HOUSTON
United States District Judge